IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

**'08 - CV - 02268-BNB**

Civil Action No. 08-cv-02142-EWN
(Criminal Action No. 03-cr-00014-EWN)

UNITED STATES OF AMERICA,

v.

CHRISTOPHER LEE RAMBO,

Movant.

---

**ORDER CONSTRUING MOVANT'S 28 U.S.C. § 2255 MOTION
AS FILED PURSUANT TO 28 U.S.C. § 2241**

---

Movant Christopher Lee Rambo is a prisoner in the custody of the United States Bureau of Prisons (BOP) who currently is incarcerated at the Federal Detention Center in Littleton, Colorado. On October 3, 2008, Mr. Rambo submitted to the Court a pleading titled "Writ of Habeas Corpus 'Motion to Vacate, Set Aside, or Correct' Pursuant to 28 U.S.C. § 2255."

The Court must construe the § 2255 Motion liberally because Mr. Rambo is a *pro se* litigant. **See** *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. **See** *Hall*, 935 F.2d at 1110. For the reasons stated below, the Motion will be construed as filed pursuant to 28 U.S.C. § 2241.

In the Motion, Mr. Rambo is challenging his sentence calculation by the BOP. He claims that he is entitled to credit for the time he was placed in the custody of the U.S. Marshal's service from January 2003 until August of 2004 when he was resentenced. Mr. Rambo asserts that the BOP incorrectly has calculated his sentence as commencing on August 30, 2004, the date that he was resentenced and seeks credit for twenty months.

The claims Mr. Rambo asserts in the Motion more appropriately are addressed under 28 U.S.C. § 2241 because he is attacking "the execution of a sentence rather than its validity." **Bradshaw v. Story**, 86 F.3d 164, 166 (10th Cir. 1996). The Clerk of the Court, therefore, will be directed to open a separate action and process the Motion as filed pursuant to § 2241. Mr. Rambo will be instructed to cure any deficiencies in the § 2241 action. Accordingly, it is

ORDERED that Mr. Rambo's 28 U.S.C. § 2255 Motion, filed on October 3, 2008, is construed liberally as asserting claims pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that the Clerk of the Court is directed to close the 28 U.S.C. § 2255 civil action in keeping with administrative procedures. It is

FURTHER ORDERED that the Clerk of the Court is directed to open a separate action pursuant to 28 U.S.C. § 2241 and to direct Mr. Rambo to cure any deficiencies in the § 2241 action. It is

FURTHER ORDERED that the Clerk of the Court shall place a copy of Mr. Rambo's 28 U.S.C. § 2255 Motion, filed on October 3, 2008, in the separate 28 U.S.C. § 2241 action.

DATED at Denver, Colorado, this 15th day of October, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge