IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02268-BNB

CHRISTOPHER LEE RAMBO,

Applicant,
v.

UNITED STATES OF AMERICA,

Respondent.

ORDER OF DISMISSAL

Applicant Christopher Lee Rambo, on October 3, 2008, filed a Motion to Vacate, Set Aside, or Correct Pursuant to 28 U.S.C. § 2255 in his criminal case, **United States v. Rambo**, No. 03-cr-00014-EWN (D. Colo. Sept. 2, 2004). The sentencing judge in Mr. Rambo's criminal case construed the Motion as asserting claims that more properly are raised in a 28 U.S.C. § 2241 action and directed the Clerk of the Court to close the § 2255 civil action and to open the instant action under § 2241. On October 22, 2008, Mr. Rambo was directed to cure the deficiencies in this case. Specifically, he was instructed to file his claims on a Court-approved form used in initiating 28 U.S.C. § 2241actions in this Court. He also was instructed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action. Mr. Rambo was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Rambo now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 26 day of Nov., 2008.

BY THE COURT:

/s/ Zita Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02268-BNB

Christopher Lee Rambo
Reg. No. 31565-013
FDC - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/28/08

                                               GREGORY C. LANGHAM, CLERK

                                          By _____
                                                    Deputy Clerk